JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ESTRADA BARBARIN, | Case No. EDCV 21-1396-VBF (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 18, 2022                     /s/ Valerie Baker Fairbank
                                         _____
                                         HONORABLE VALERIE BAKER FAIRBANK
                                         UNITED STATES DISTRICT JUDGE